PER CURIAM.

(No. 74-CC-342—Claimant )

COMPUTER MACHINERY CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed April 2, 1974.*

COMPUTER MACHINERY CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.